832

No. 166. GULF, MOBILE & OHIO RAILROAD CO. v. PEOPLE EX REL. CALLAHAN, COUNTY COLLECTOR, MADISON COUNTY. Supreme Court of Illinois. Certiorari denied. *J. N. Ogden* for petitioner. *Fred P. Schuman* for respondent.

No. 167. MASTELLER ET AL. v. GRAFTON. C. A. 3d Cir. Certiorari denied. *Walter Biddle Saul* for petitioners.

No. 168. MIGHELL v. UNITED STATES. C. A. 10th Cir. Certiorari denied. *Carl V. Rice, Claude L. Rice* and *Thurman Hill* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice* and *Dickinson Thatcher* for the United States.

No. 171. WOOLSEY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *James O. Moore, Jr.* for petitioner. *Simon E. Sobeloff,* then Solicitor General, *Assistant Attorney General Rice, Hilbert P. Zarky* and *Morton K. Rothschild* for the United States.

No. 172. WALTER W. JOHNSON CO. v. RECONSTRUCTION FINANCE CORP. C. A. 9th Cir. Certiorari denied. *Edwin S. Pillsbury* for petitioner. *Oscar H. Davis,* then Acting Solicitor General, *Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 173. GULF REFINING CO. v. BLACK WARRIOR TOWING CO. C. A. 5th Cir. Certiorari denied. *Harry McCall, Ernest A. Carrere, Jr.* and *Archie D. Gray* for petitioner. *Selim B. Lemle* for respondent.